UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD L. MADOFF and                              Case No. 09-CV-11399
JONATHAN LEE RICHES,                               Hon. John Corbett O'Meara

      Plaintiffs,

v.

BRITNEY SPEARS, et al.,

      Defendants.

_____/

## ORDER DISMISSING COMPLAINT

Plaintiff "Bernard L. Madoff, doing business as Jonathan Lee Riches" filed a complaint on April 15, 2009. Plaintiff has not presented proof of the court's permission to file this complaint in violation of the February 5, 2008 order enjoining Plaintiff from filing any civil complaints in this court without proof of the court's permission. <u>Riches v. Aguilera et al.</u>, No. 07-cv-14469 (E.D. Mich. February , 2008).

Therefore, **IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED**.

Date: October 19, 2009                             s/John Corbett O'Meara
                                                                             United States District Judge

I hereby certify that a copy of the above order was served upon the parties of record by U.S. mail on October 19, 2009.

                                                                             s/William Barkholz
                                                                             Case Manager